For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** John Douglas Pinchback

**PRISONER NO.:** _____

**PLACE OF CONFINEMENT:** Danville Adult Detention Center

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Sloan
DEPUTY CLERK

John Douglas Pinchback
Enter Full Name    Plaintiff

VS.

Danville Adult Detention Center
LT. Kimberly Hunt
Enter Full Name(s)   Defendant(s)

**CIVIL ACTION NO.** 7:19CV43

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes   __✓__ No

B. If your answer to A is Yes, describe the action in the space below.

 1. Parties to the Action: _____

 2. Court: _____

 3. Docket No.: _____

 4. Judge: _____

 5. Disposition: _____

 (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

 Yes _____   No __✓__

 1. If your answer is YES, indicate the result. Attach evidence of your exhaustion of all available grievance procedures.

 2. If your answer is NO, indicate the reason for failure to exhaust. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

 I ask for grievance form, didn't give me one

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

LT. Kimberly Hunt, did med call. When I went to take my meds, she gave me my 6 pills, I was not given a cup of water when I asked. The pills got caught in my chest. After returning to my bed I choked and passed out. I have a hernia and without water I wasn't able to swallow the pills. No nurse was here at work.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

The director, Warden Frank Mordavich, He Frozed my money in my account. I was put in the hole. He said "he was saving my money" for me to get a lawyer. He violated my rights under the Constitutional Law.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

Dr. Wang. Refuse to give me my medicine that I've been taking for years. He will not give me the proper diabetic meds.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

I want a RN or LN to be on duty 24/7 for the inmates and myself. I'm asking the court for 250,000 dollars for pain & suffing and any other things that you think is due to me.

SIGNED THIS 16th DAY OF January, 20 19.

J— P—
(Signature of Each Plaintiff)

VERIFICATION:

I, John Douglas Pinchback, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: Jan/16/2019  SIGNED: J— P—

John Pinchback
208 Watson St
Danville, VA 24541

DANVILLE ADULT DETENTION INMATE

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

DANVILLE ADULT DETENTION INMATE